# UNITED STATES COURT OF APPEALS
# *FOR*
# THE NINTH CIRCUIT

No. 22-15166

CORONAVIRUS REPORTER, CALID INC, PRIMARY PRODUCTIONS LLC, DR. JEFFREY D. ISAACS
On behalf of themselves and all others similarly situated
Plaintiffs - Appellants,

v.

APPLE INC., FEDERAL TRADE COMMISSION

Defendants - Appellees.

On Appeal from Dismissal in United States District Court for the Northern District of California

## ASSENTED TO MOTION TO EXTEND DEADLINE TO FILE BRIEF AND APPENDIX

Atty. Keith A. Mathews
AWP Legal
1000 Elm Street, Suite 803
Manchester, NH 03101
(603) 622-8100
keith@awplegal.com

*Attorneys for Appellants*
*Coronavirus Reporter, Calid Inc,*
*Primary Productions, LLC*

The Appellant by and through counsel hereby requests this Court Extend the Deadline for Appellant to file their Original Brief and Appendix by 30 days to July 13th. In support thereof they state as follows:

1. Appellant's client contact has come down with Covid and the symptoms have prevented substantial work on the brief.

2. His symptoms persist to this day, and it is not known how long they will continue.

3. An extension to the filing of this brief will not prejudice any party.

4. Counsel for the Defendant has been contacted and does not object to this relief.

WHEREFORE, Appellant requests this Honorable Court:

a. Extend the Deadline for Appellant to file Appellant's Original Brief and Appendix by 30 days to July 13, 2021; and
b. Grant such other relief as is just and proper.

6/10/2022

Keith Mathews
AWP Legal

/s/ Keith Mathews
Keith Mathews
*Attorney for Appellants Coronavirus Reporter,
Calid Inc., and Primary Productions LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on 6/10/2022 I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: 6/10/2022

AWP Legal
*/s/ Keith Mathews*
Keith Mathews
*Attorney for Appellants Coronavirus Reporter,*
*Calid Inc., and Primary Productions LLC*