No. 22-15166

---

### IN THE UNITED STATES COURT OF APPEALS
### FOR THE NINTH CIRCUIT

---

CORONAVIRUS REPORTER, CALID INC, PRIMARY PRODUCTIONS LLC

*Plaintiffs-Appellants*,

v.

APPLE INC.

*Defendant-Appellee*.

On Appeal from the United States District Court
for the Northern District of California
No. 3:21-cv-05567-EMC
Hon. Edward M. Chen

---

### APPELLANTS' EXCERPTS OF RECORD INDEX VOLUME

---

> Keith Mathews
> Associated Attorneys of New England
> 1000 Elm Street #800
> Manchester, NH 03101
> (603) 622-8100
> *Attorneys for Appellants, Pro Hac Vice*
> Coronavirus Reporter, Calid Inc, Primary Productions LLC

# INDEX TO APPELLANTS' EXCERPTS OF RECORD

## VOLUME 1

| N.D. Cal Docket # | Date | Document Description | Pages |
|---|---|---|---|
| 103 | 2/2/2022 | Order Denying Plaintiffs' Motions for Reconsideration and Relief from Judgment | ER0002 – ER0008 |
| 86 | 11/30/2021 | Judgment | ER0009 |
| 85 | 11/30/2021 | Order Granting Defendant's Motion to Dismiss, and Denying Plaintiffs' Motion for Preliminary Injunction, to Strike, and to Append Claim | ER0010 – ER0043 |

## VOLUME 2

| N.D. Cal Docket # | Date | Document Description | Pages |
|---|---|---|---|
| 102 | 01/31/2022 | Brief in Opposition to Request for Judicial Notice in Support of Motion for Reconsideration | ER0046 – ER0048 |
| 101 | 01/29/2022 | Request for Judicial Notice in Support of Motion for Reconsideration | ER0049 – ER0054 |
| 101-1 | 01/29/2022 | Brief for the United States of America as Amicus Curiae in Support of Neither Party | ER0055 – ER0102 |
| 95 | 01/18/2022 | Reply in Support of Motion for Reconsideration | ER0103 – ER0110 |
| 94 | 01/10/2022 | Opposition to Motion for Reconsideration | ER0111 – ER0124 |
| 91 | 12/28/2021 | Motion for Reconsideration and Relief from Judgment | ER0125 – ER0131 |
| 91-1 | 12/28/2021 | Exhibit A – IP Counsel Recommendation | ER0132 – ER0133 |
| 91-2 | 12/28/2021 | Exhibit B – Email correspondence | ER0134 – ER0142 |

| N.D. Cal Docket # | Date | Document Description | Pages |
|---|---|---|---|
| 91-3 | 12/28/2021 | Exhibit C – News coverage of MTD verdict | ER0143 – ER0147 |
| 87 | 12/27/2021 | Motion for Reconsideration and Relief from Judgment | ER0148 – ER0173 |
| 87-1 | 12/27/2021 | Proposed Order Granting Motion for Reconsideration | ER0174 – ER0175 |
| 87-2 | 12/27/2021 | Exhibit – Coring v. Apple | ER0176 – ER0226 |
| 71 | 10/27/2021 | Exhibit in support of Opposition to Motion to Dismiss | ER0227 – ER0230 |

## VOLUME 3

| N.D. Cal Docket # | Date | Document Description | Pages |
|---|---|---|---|
| 70 | 10/27/2021 | Exhibit A to FAC – International Consensus of App Store Monopoly (resubmission due to PDF error) | ER0233 – ER0408 |
| 64 | 10/12/2021 | Opposition to Plaintiff's Motion to Strike and Reply in Support of Defendant's Motion to Dismiss | ER0409 – ER0446 |
| 62 | 10/08/2021 | Opposition to Plaintiffs' Motion for Preliminary Injunction | ER0447 – ER0479 |
| 62-1 | 10/08/2021 | Appendix A to Opposition to Plaintiffs' Motion for Preliminary Injunction | ER0480 – ER0523 |

## VOLUME 4

| N.D. Cal Docket # | Date | Document Description | Pages |
|---|---|---|---|
| 63 | 10/08/2021 | Declaration of Rachel S. Brass in Support of Opposition to Plaintiffs' Motion for Preliminary Injunction | ER0526 – ER0649 |
| 60 | 10/07/2021 | Opposition to Defendant's Administrative Motion for Leave to File a Consolidated Opposition and Reply | ER0650 – ER0653 |

| | | | |
|---|---|---|---|
| 59 | 10/06/2021 | Defendant's Administrative Motion for Leave to File a Consolidated Opposition to Plaintiff's Motion to Strike and Reply in Support of Defendant's Motion to Dismiss | ER0654 – ER0656 |
| 59-1 | 10/06/2021 | Declaration of Rachel S. Brass in Support of Defendant's Administrative Motion for Leave to File | ER0657 – ER0658 |
| 59-2 | 10/06/2021 | Proposed Order Granting Defendant's Administrative Motion for Leave to File | ER0659 – ER0660 |
| 58 | 10/05/2021 | Request for Judicial Notice in Support of Plaintiffs' Opposition to Motion to Dismiss FAC | ER0661 – ER0678 |
| 57 | 10/05/2021 | Plaintiffs' Opposition to Motion to Dismiss FAC | ER0679 – ER0711 |
| 54 | 9/26/2021 | Order granting Administrative Leave to File Sur-Reply | ER0712 – ER0713 |
| 52 | 9/24/2021 | Plaintiffs' Motion for Preliminary Injunction and to Append UCL Count | ER0714 – ER0745 |
| 52-1 | 9/24/2021 | Proposed Order | ER0746 – ER0748 |
| 53 | 9/24/2021 | Proposed FAC Addendum | ER0749 – ER0755 |
| 51 | 9/24/2021 | Plaintiffs' Motion to Strike Apple's Motion to Dismiss | ER0756 – ER0770 |
| 47 | 9/20/2021 | Defendant's Administrative Motion for Leave to File Sur-Reply | ER0771 – ER0773 |
| 47-1 | 9/20/2021 | Defendant's Sur Reply Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction | ER0774 – ER0778 |
| 47-2 | 9/20/2021 | Proposed Order Granting Defendant's Administrative Motion for Leave to File Sur-Reply | ER0779 – ER0780 |

| 48 | 9/20/2021 | Declaration of Rachel S. Brass in Support of Administrative Motion for Leave to File Sur-Reply | ER0781 – ER0782 |

## VOLUME 5

| N.D. Cal Docket # | Date | Document Description | Pages |
|---|---|---|---|
| 45 | 9/20/2021 | Motion to Dismiss and Motion to Strike Plaintiffs' Amended Complaint | ER0785 – ER0821 |
| 46 | 9/20/2021 | Declaration of Rachael S. Brass in Support of Motion to Dismiss | ER0822 – ER0823 |
| 46-1 | 9/20/2021 | Exhibit 1 – Apple Developer Agreement | ER0824 – ER0830 |
| 46-2 | 9/20/2021 | Exhibit 2 – Apple Developer Program License Agreement | ER0831 – ER0912 |
| 46-3 | 9/20/2021 | Exhibit 3 – App Store Review Guidelines | ER0913 – ER0937 |
| 42 | 9/7/2021 | Reply in Support of Motion for Preliminary Injunction | ER0938 – ER0950 |
| 41 | 9/6/2021 | First Amended Complaint | ER0951 – ER1058 |

## VOLUME 6

| N.D. Cal Docket # | Date | Document Description | Pages |
|---|---|---|---|
| 41-2 | 9/6/2021 | Exhibit B to FAC – Evidence submitted by Dr. Roberts | ER1061 – ER1120 |
| 41-3 | 9/6/2021 | Exhibit C to FAC – Apple Anticompetitive Behavior, Conclusions of Law by Cravath (pages 1-238) | ER1121 – ER1358 |

/ / /
/ / /
/ / /

## VOLUME 7

| N.D. Cal Docket # | Date | Document Description | Pages |
|---|---|---|---|
| 41-3 | 9/6/2021 | Exhibit C to FAC – Apple Anticompetitive Behavior, Conclusions of Law by Cravath (pages 239-365) | ER1361 – ER1487 |
| 35 | 8/23/2021 | Defendant Apple's Rule 12 Motion to Dismiss and Motion to Strike | ER1488 – ER1525 |
| 35-1 | 8/23/2021 | Proposed Order Granting Defendant Apple's Rule 12 Motion to Dismiss and Motion to Strike | ER1526 – ER1527 |
| 36 | 8/23/2021 | Declaration of Rachel S. Brass in Support of Motion to Dismiss | ER1528 – ER1530 |
| 36-1 | 8/23/2021 | Exhibit A – Apple Developer Agreement | ER1531 - ER1537 |
| 36-2 | 8/23/2021 | Exhibit B – Apple Developer Program License Agreement | ER1538 – ER1619 |
| 36-3 | 8/23/2021 | Exhibit C – App Store Review Guidelines | ER1620 – ER1644 |

## VOLUME 8

| N.D. Cal Docket # | Date | Document Description | Pages |
|---|---|---|---|
| 36-4 | 8/23/2021 | Exhibit D to Declaration of Rachel S. Brass | ER1647 – ER1730 |
| 36-5 | 8/23/2021 | Exhibit E – Epic v. Apple Complaint for Injunctive Relief | ER1731 – ER1901 |
| 36-6 | 8/23/2021 | Exhibit F – Cameron v. Apple Complaint (pages 1-43) | ER1902 – ER1944 |

## VOLUME 9

| N.D. Cal Docket # | Date | Document Description | Pages |
|---|---|---|---|
| 36-6 | 8/23/2021 | Exhibit F - Cameron v. Apple Complaint (pages 44-140) | ER1947 – ER2043 |

| 36-7 | 8/23/2021 | Exhibit G – Saurikit v. Apple Complaint | ER2044 – ER2084 |
| --- | --- | --- | --- |
| 36-8 | 8/23/2021 | Exhibit H – Rachel Brass Email | ER2085 – ER2086 |
| 32 | 8/23/2021 | Opposition to Motion for Preliminary Injunction | ER2087 - ER2114 |
| 33 | 8/23/2021 | Declaration of Rachel S. Brass in Support of Opposition to Motion for Preliminary Injunction | ER2115 – ER2119 |
| 33-1 | 8/23/2021 | Exhibit 1 – "Apple Reinvents the Phone with iPhone" | ER2120 – ER2123 |
| 33-2 | 8/23/2021 | Exhibit 2 – Epic v. Apple Bench Trial Transcript | ER2124 – ER2166 |
| 33-3 | 8/23/2021 | Exhibit 3 – Epic v. Apple Written Direct Testimony of Richard Schmalensee, Ph.D. | ER2167 – ER2208 |

## VOLUME 10

| N.D. Cal Docket # | Date | Document Description | Pages |
| --- | --- | --- | --- |
| 33-4 | 8/23/2021 | Exhibit 4 – Apple Developer Program License Agreement | ER2211 – ER2291 |
| 33-5 | 8/23/2021 | Exhibit 5 – Schedule 2 | ER2292 – ER2318 |
| 33-6 | 8/23/2021 | Exhibit 6 - Epic v. Apple Written Direct Testimony of Aviel D. Rubin, Ph.D. | ER2319 – ER2350 |
| 33-7 | 8/23/2021 | Exhibit 7 – App Store Review Guidelines | ER2351 – ER2375 |
| 33-8 | 8/23/2021 | Exhibit 8 - Epic v. Apple Written Direct Testimony of Lorin M. Hitt, Ph.D. | ER2376 – ER2467 |
| 33-9 | 8/23/2021 | Exhibit 9 - Epic v. Apple Written Direct Testimony of James E. Malackowski | ER2468 – ER2485 |
| 33-10 | 8/23/2021 | Exhibit 10 – 2019 Mobile App Threat Landscape Report | ER2486 – ER2493 |
| 33-11 | 8/23/2021 | Exhibit 11 – 2020 Mobile App Threat Landscape Report | ER2494 – ER2504 |

| 33-12 | 8/23/2021 | Exhibit 12 to Declaration of Rachel S. Brass | ER2505 – ER2506 |

## VOLUME 11

| N.D. Cal Docket # | Date | Document Description | Pages |
|---|---|---|---|
| 33-13 | 8/23/2021 | Exhibit 13 – Ensuring the Credibility of Health & Safety Information | ER2509 – ER2511 |
| 33-14 | 8/23/2021 | Exhibit 14 – Calid Inc. Articles of Corporation | ER2512 – ER2516 |
| 33-15 | 8/23/2021 | Exhibit 15 – Coronavirus Reporter Corporation Articles of Corporation | ER2517 – ER2521 |
| 33-16 | 8/23/2021 | Exhibit 16 – Calid Inc. Certificate of Reinstatement | ER2522 – ER2524 |
| 33-17 | 8/23/2021 | Exhibit 17 to Declaration of Rachel S. Brass | ER2525 – ER2534 |
| 33-18 | 8/23/2021 | Exhibit 18 – Rachel Brass E-mail | ER2535 – ER2536 |
| 33-19 | 8/23/2021 | Exhibit 19 – "How Large Is the Apple App Store Ecosystem?" | ER2537 – ER2551 |
| 33-20 | 8/23/2021 | Exhibit 20 to Declaration of Rachel S. Brass | ER2552 – ER2553 |
| 33-21 | 8/23/2021 | Exhibit 21 – iPhone SDK Launch Transcript | ER2554 – ER2587 |
| 33-22 | 8/23/2021 | Exhibit 22 – "Apple and Google partner on COVID-19 contact tracing technology" | ER2588 – ER2591 |
| 33-23 | 8/23/2021 | Exhibit 23 – "Apple releases new COVID-19 app and website based on CDCguidance" | ER2592 – ER2596 |
| 33-24 | 8/23/2021 | Exhibit 24 – Form 10-K | ER2597 – ER2702 |
| 33-25 | 8/23/2021 | Exhibit 25 – Hitt Rebuttal Expert Report | ER2703 – ER2704 |
| 34 | 8/23/2021 | Declaration of Trystan Kosmynka in Support of Opposition to Motion for Preliminary Injunction | ER2705 – ER2709 |

| 34-1 | 8/23/2021 | Exhibit A to Declaration of Trystan Kosmynka – Coronavirus Reporter Communications | ER2710 – ER2711 |
| 20 | 8/8/2021 | Motion for Preliminary Injunction | ER2712 – ER2742 |
| 20-1 | 8/8/2021 | Proposed Order Granting Preliminary Injunction | ER2743 – ER2745 |

## VOLUME 12

| N.D. Cal Docket # | Date | Document Description | Pages |
|---|---|---|---|
| 1 | 7/20/2021 | Complaint | ER2748 – ER2831 |
| 1-1 | 7/20/2021 | Exhibit A to Complaint – Dr. Roberts CV and CNBC Interview | ER2832 – ER2891 |

## VOLUME 13

| N.D. Cal Docket # | Date | Document Description | Pages |
|---|---|---|---|
| 1-2 | 7/20/2021 | Exhibit B to Complaint – News and Proceedings | ER2893 – ER3048 |
| 1-3 | 7/20/2021 | Civil Case Cover Sheet | ER3049 – ER3050 |
| 105 | 2/2/2022 | Notice of Appeal | ER3051 – ER3054 |
| 105-1 | 2/2/2022 | Notice of Appeal | ER3055 – ER3057 |
| 104 | 2/2/2022 | Notice of Appeal | ER3058 – ER3060 |
| 104-1 | 2/2/2022 | Notice of Appeal | ER3061 – ER3063 |
|  |  | Case Docket | ER3064 – ER3078 |

Date: July 13, 2022                                Associated Attorneys of New England

By: */s/ Keith Mathews*
            Keith Mathews
*Attorneys for Appellants, Pro Hac Vice*
Coronavirus Reporter, Calid Inc, Primary Productions LLC

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form15instructions.pdf

**9th Cir. Case Number(s)** | 22-15166

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

**Description of Document(s)** *(required for all documents)*:

APPELLANTS' EXCERPTS OF RECORD INDEX VOLUME

**Signature** | /s Keith Mathews        **Date** | August 12, 2022

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 15**                                                                                          *Rev. 12/01/2018*