# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 14. Motion for Extension of Time

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form14instructions.pdf*

**9th Cir. Case Number(s)** | 22-15166 & 22-15167

**Case Name** | Coronavirus Reporter et al., v. Apple, Inc.

**Requesting Party Name(s)** | Appellants

I am: ○ The party requesting the extension.
⊙ Counsel for the party or parties requesting the extension.

I request an extension of time to file a:

☒ Brief (*you **must** also complete the Declaration on page 3*)
☐ Motion to proceed in forma pauperis
☐ Motion for a certificate of appealability
☐ Response/opposition to a pending motion
☐ Reply to a response/opposition to a pending motion
☐ Certified Administrative Record
☐ Response to court order dated [       ]
☐ Other (*you **must** describe the document*)
[                ]

The requested new due date is: January 4, 2022

I request the extension of time because (**cannot be left blank**):
*(attach additional pages if necessary)*

I respectfully request this additional extension as I have recently had to bring in a new attorney, R. Paul Katrinak, to assist me who has to get up to speed with the case. I have diligently been working on preparing the Reply and due to the complexity of the issues and a number of other matters that require urgent attention, I need assistance to complete the Reply. This case is a complex Anti-Trust case and there is substantial research that needs to be conducted for purposes of replying the opposition.

**Signature** | /s/ S. Michael Kernan    **Date** | November 17, 2022
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 14 | *1* | *New 12/01/2018*

> **Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
> *Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) *(select one)*:

○ I have **NOT** filed a previous request to extend time to file the document.

⦿ I have previously requested an extension of time to file the document.

This motion is my [　　　　] request.
*(Examples: first, second)*

Bail/detention status *(select one)*:

○ The defendant is incarcerated. The projected release date is: [　　　　].

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** [　　　　]　　**Date** [　　　　]
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 14　　　　2　　　　New 12/01/2018

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the [Reply Brief] brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: December 5, 2022

3. The brief's first due date was: October 28, 2022

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   See attached page.

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion):*

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☐ The court reporter is not in default with regard to any designated transcripts.
   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** /s/ S. Michael Kernan     **Date** November 17, 2022
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 14     3     *New 12/01/2018*

## **STATEMENT FOR EXTENSION**

I respectfully request this additional extension as I have recently had to bring in a new attorney, R. Paul Katrinak, to assist me who has to get up to speed with the case. I have diligently been working on preparing the Reply and due to the complexity of the issues and a number of other matters that require urgent attention, I need assistance to complete the Reply. This case is a complex Anti-Trust case and there is substantial research that needs to be conducted for purposes of addressing the opposition.

I had requested a 30-day extension from opposing counsel for a 30-day extension beyond the automatic 30-day extension, but we filed we inadvertently just the 30-day automatic extension.

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form15instructions.pdf*

**9th Cir. Case Number(s)** | 22-15166 & 22-15167

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

**Description of Document(s)** *(required for all documents)*:

Motion for Extension of Time

**Signature** | /s/ S. Michael Kernan         **Date** | November 17, 2022

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 15**                                                                 *Rev. 12/01/2018*