# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 22-15166, 22-15167

**Case Name** | Coronavirus Reporter et al. v. Apple Inc.

**Hearing Location** (*city*) | San Francisco

**Your Name** | Julian W. Kleinbrodt

List the sitting dates for the three sitting months you were asked to review:

> March 6-10, 27-31
> April 10-14, 17-21
> May 8-12

Do you have an unresolvable conflict on any of the above dates?  ○ Yes  ◉ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ◉ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | s/ Julian W. Kleinbrodt     **Date** | Nov 18, 2022

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**                                                                 *New 12/01/2018*