UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 4 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CORONAVIRUS REPORTER; CALID, INC.; PRIMARY PRODUCTIONS LLC,<br><br>　　　Plaintiffs-Appellants,<br><br> and<br><br>JEFFREY D. ISAACS, Dr.,<br><br>　　　Plaintiff,<br><br> v.<br><br>APPLE, INC.,<br><br>　　　Defendant-Appellee,<br><br> and<br><br>FEDERAL TRADE COMMISSION,<br><br>　　　Defendant. | No. 22-15166<br><br>D.C. No. 3:21-cv-05567-EMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |
| JEFFREY D. ISAACS, Dr.,<br><br>　　　Plaintiff-Appellant,<br><br> and<br><br>CORONAVIRUS REPORTER; CALID, INC.; PRIMARY PRODUCTIONS LLC,<br><br>　　　Plaintiffs, | No. 22-15167<br><br>D.C. No. 3:21-cv-05567-EMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

v.

APPLE, INC.,

        Defendant-Appellee,

and

FEDERAL TRADE COMMISSION,

        Defendant.

Before: GOULD, BERZON, and IKUTA, Circuit Judges.

    The panel has unanimously voted to deny the Petitions for Panel Rehearing. The full court has been advised of the Petitions for Rehearing En Banc and no judge of the court has requested a vote on the Petition for Rehearing En Banc. Fed. R. App. P. 35(f).

    The Petitions for Panel Rehearing and for Rehearing En Banc are **DENIED**. Plaintiffs-Appellants' requests for a special master are **DENIED.** Plaintiff-Appellant Jeffrey Isaacs's request for a referral to the U.S. Marshal is **DENIED.**