UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 12 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CORONAVIRUS REPORTER; et al.,<br><br>  Plaintiffs - Appellants,<br><br>and<br><br>JEFFREY D. ISAACS, Dr.,<br><br>  Plaintiff,<br><br> v.<br><br>APPLE, INC.,<br><br>  Defendant - Appellee,<br><br>and<br><br>FEDERAL TRADE COMMISSION,<br><br>  Defendant. | No. 22-15166<br><br>D.C. No. 3:21-cv-05567-EMC<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |
| JEFFREY D. ISAACS, Dr.,<br><br>  Plaintiff - Appellant,<br><br>and<br><br>CORONAVIRUS REPORTER; et al.,<br><br>  Plaintiffs, | No. 22-15167<br><br>D.C. No. 3:21-cv-05567-EMC<br>U.S. District Court for Northern California, San Francisco |

v.

APPLE, INC.,

        Defendant - Appellee,

and

FEDERAL TRADE COMMISSION,

        Defendant.

The judgment of this Court, entered November 03, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT