# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 5, 2024

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

      Re:  Coronavirus Reporter, et al.
            v. Apple Inc.
           No. 23-1089
           (Your No. 22-15166, 22-15167)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 3, 2024 and placed on the docket April 5, 2024 as No. 23-1089.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst